IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
APR 0 7 2026
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY naa, DEPUTY

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**-vs-**

**MYNOR ESTUARDO CHIQUIN-CAL,**

**Defendant.**

**No. CR 26-148 R**

**Violation: 8 U.S.C. § 1326(a)**

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Reentry of Removed Alien)**

On or about February 17, 2026, in the Western District of Oklahoma,

---------------------------- **MYNOR ESTUARDO CHIQUIN-CAL,** ---------------------------

an alien who was previously removed from the United States on or about November 19, 2018, was found to be knowingly in the United States without having obtained the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

BRANDON HALE
Assistant United States Attorney