OKWD Revised AO 442 (1/16/15)

11946067
2026-0408-0605-J

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**

**V.**

MYNOR ESTUARDO CHIQUIN-CAL
*Defendant*

Case Number: CR-26-148-R

RECEIVED
APR 0 8 2026
U.S. MARSHALS W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MYNOR ESTUARDO CHIQUIN-CAL ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
8:1326(a) REENTRY OF REMOVED ALIEN

WARRANT ISSUED:
8:23 am, Apr 08, 2026
JOAN KANE, CLERK

**Amy Wallace, Deputy Clerk**
**Oklahoma City, Oklahoma**

By: [signature]

**Return**

This warrant was received on *(date)* ________________, and the person was arrested on *(date)* ________________ at (*city and state)* ______________________________.

Date: ARRESTED ON: 04/09/2026
WITHIN THE W DISTRICT OF OK
BY: HSI

_______________________________
*Arresting officer's signature*

_______________________________
*Printed name and title*